COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-19-00233-CV |
| Style: | Eric Wells and People Need People, Inc. v. Grace Henry and People Need People Residential Treatment Center |
| Date motion filed*: | August 16, 2019 |
| Type of motion: | Motion for Rehearing and/or Reinstatement |
| Party filing motion: | Appellants Eric Wells and People Need People, Inc. |
| Document to be filed: | Response to Motion for Rehearing; Evidence of payment of filing and clerk's record and reporter's record fees |

Is appeal accelerated?       No.

Ordered that motion is:

☐ Granted

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

☑ Other: _____

Appellants must file evidence of payment, or arrangements to pay, the filing fee to the Clerk of this Court, the clerk's record fee to the district clerk, and the reporter's record fee within 7 days of the date of this Order. *See* TEX. R. APP. P. 37.3(b), 42.3(c).

The Court requests appellees' response to appellants' "Motion for Rehearing and/or Reinstatement," construed as a motion for rehearing, within 7 days of the date of this Order. *See* TEX. R. APP. P. 49.2.

Judge's signature: _____/s/ Evelyn V. Keyes_____
                    ☑ Acting individually       ☐ Acting for the Court

Date: ___August 22, 2019___

November 7, 2008 Revision